```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT

                                    :
CONNECTICUT CITIZENS DEFENSE        :
LEAGUE, INC., ET AL.,               :
                                    :
     Plaintiffs,                    :
                                    :
V.                                  :   CASE NO. 3:21cv1156(RNC)
                                    :
JASON THODY, ET AL.,                :
                                    :
     Defendants.                    :
```

<u>ORDER</u>

In the interest of justice, the above identified matter is hereby transferred to <u>Judge Jeffrey A. Meyer</u>.  All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:21cv1156(JAM)</u>

So ordered.

Dated at Hartford, Connecticut this 30th day of August 2021.

<u>/s/ RNC</u>
Robert N. Chatigny
United States District Judge
