UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON<br><br>Plaintiffs,<br><br>v.<br><br>JASON THODY, RENEE DOMINGUEZ, REBECA GARCIA, and FERNANDO SPAGNOLO,<br><br>Defendants. | Case No. 3:21-cv-01156-JAM<br><br>**JOINT MOTION TO STAY DEADLINES PENDING SETTLEMENT CONFERENCE**<br><br>NOVEMBER 19, 2021 |

The Plaintiffs, CONNECTICUT CITIZENS DEFENSE LEAGUE, INC. ("CCDL"), OREL JOHNSON ("Johnson"), SHAQUANNA WILLIAMS (Williams"), ANNE CORDERO ("Cordero"), and JAMIE EASON ("Eason"), (together, "Plaintiffs"), and the Defendants JASON THODY ("Thody"), RENEE DOMINGUEZ ("Dominguez"), REBECA GARCIA ("Garcia"), and FERNANDO SPAGNOLO ("Spagnolo"), (together, "Defendants"), by and through the undersigned counsel of record, jointly move this Court to stay all pending deadlines until the conclusion of any settlement discussions facilitated by Magistrate Judge Holly B. Fitzsimmons. In support of this motion, the parties state as follows:

1

1. On September 4, 2021, the Hon. Judge Jeffrey A. Meyer referred this matter to Magistrate Judge Fitzsimmons for the purpose of conducting a settlement conference. At the time, not all of the Defendants had been served with this action, and not all were represented by counsel.

2. Since September 4, 2021, all of the Defendants have been served and counsel has appeared on behalf of each Defendant.

3. Since September 4, 2021, some of the Defendants have filed various pre-Answer motions, including a November 2, 2021 Motion to Sever and Motion to Dismiss by Defendant Garcia, and a November 3, 2021 Partial Motion to Dismiss and Motion for Security Costs by Defendants Thody and Dominquez.

4. The deadline for the Defendants to respond to the Complaint, and the deadlines for the Plaintiffs to respond to the above-cited motions is approaching.

5. On Friday, November 19, 2021 at 10:00am, the Court has scheduled a pre-conference call with Magistrate Judge Fitzsimmons for the purpose of establishing a schedule for conducting settlement discussion.

6. The parties to this action wish to take the opportunity to engage in settlement discussions with Magistrate Judge Fitzsimmons, and to avoid the expenditure of any unnecessary money or resources briefing issues which may be resolved in settlement.

7. To afford the parties time to prepare and engage in settlement discussions, the parties hereby jointly move the Court to stay all pending deadlines until the conclusion of any settlement discussions facilitated by Magistrate Judge Fitzsimmons. In the event such discussions prove unsuccessful in settling this matter, the parties ask the Court

to give each party 30 days from the conclusion of the settlement discussions to respond to the outstanding filing.

Dated: NOVEMBER 19, 2021            Respectfully submitted,

         PLAINTIFFS, CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON

           */s/ Craig C. Fishbein*
Craig C. Fishbein, Esq. (ct25142)
Fishbein Law Firm, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
E-mail: ccf@fishbeinlaw.com

AND

           */s/ Doug Dubitsky*
Doug Dubitsky, Esq. (ct21558)
Law Offices of Doug Dubitsky
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808.8601
Fax: 866.477.1120
Email: doug@lawyer.com


DEFENDANTS, RENEE DOMINGUEZ and JASON THODY

BY/ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849

3

Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com

AND

BY/ss/ Patrick D. Allen
Patrick D. Allen
Federal Bar No.: ct28403
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
pallen@kt-lawfirm.com


DEFENDANT, CHIEF REBECA GARCIA

By: /s/ Raymond J. Rigat, Esq.
Raymond J. Rigat, Esq.,
Federal Bar No. ct13320
The Rigat Law Firm
23 East Main Street
Clinton, Connecticut 06413
Tel. (860) 664-5951
Email: raymondjrigat@gmail.com

AND

By: /s/ Richard G. Kascak, Jr., Esq.
Richard G. Kascak, Jr., Esq.
Associate City Attorney
999 Broad Street
Bridgeport, CT 06604
Telephone No: (203) 576-7647
Federal bar#ct07820
Richard.kascak@bridgeportct.gov

        DEFENDANT, FERNANDO SPAGNOLO

        BY: /s/ ct05394
        Joseph A. Mengacci
        Federal Bar Number: ct05394
        Office of Corporation Counsel
        235 Grand Street, 3rd Floor
        Waterbury, CT 06702
        Phone: (203) 574-6731
        Fax: (203) 574-8340
        jmengacci@waterburyct.org

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                        BY: /s/ ct21558
                        Doug Dubitsky