UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC, et al. | : <br> : <br> : |
| Plaintiffs, | : Case No. 3:21-cv-01156 (JAM) <br> : <br> : |
| V. | : <br> : |
| JASON THODY, et al. | : <br> : |
| Defendants. | : December 22, 2021 |

### CHIEF AFFIDAVIT OF SGT ASHLEY TAYLOR

The undersigned, SGT Ashley Taylor, being duly sworn, deposes and says that:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am making this Affidavit of my own personal knowledge.

3. I am a police sergeant assigned to the Permits Office.

4. I have been a police officer with the Bridgeport Police Department for ten-and-one half years.

5. I have been assigned to the Permits Office for two and a half years.

6. My duties at the Permits Office include performing background checks and processing paperwork for firearm carry permits.

7. The Plaintiff in the above captioned matter, Ms. Anne Cordero, was fingerprinted for a carry permit at 8:00am on Monday, November 15, 2021.

8. I processed her carry permit application and issued Ms. Cordero a 60-day temporary carry permit on November 17, 2021.

9. Ms. Cordero received her state issued 5-year permit on December 7, 2021.

*Sgt Ashley Taylor*
SGT Ashley Taylor

2

Subscribed and sworn to me, this 22nd day of December, 2021

_____
Raymond J. Rigat, Esq.
Commissioner of the Superior Court
Juris No. 403047