**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONNECTICUT CITIZENS' DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO AND JAMIE EASON<br>    Plaintiff, | : : : : : : | NO.  3:21-cv-01156 (OAW) |
| VS. | : : | |
| JASON THODY, RENEE DOMINGUEZ, REBECA GARCIA AND FERNANDO SPAGNOLO<br>    Defendants, | : : : : | JANUARY 25, 2022 |

## DEFENDANT, FERNANDO SPAGNOLO'S MOTION TO DISMISS

The Defendant, Chief Fernando Spagnolo, respectfully requests the Court to dismiss all claims brought against him by the Plaintiff, Connecticut Citizens' Defense League, Inc., (hereinafter, "CCDL") in its own right for lack of subject matter jurisdiction under Rule 12(b)(1) and as to the Defendant Chief Fernando Spagnolo individually under Rule 12(b)(1) for lack of subject matter jurisdiction as the Plaintiff Jason Eason's claims are moot.

In addition, and in the alternative, the Defendant, Chief Spagnolo moves to dismiss the Plaintiffs' claims under Rule 12(b)(6) for failure to state claims upon which relief can be granted.

Finally, the Defendant Chief Spagnolo is entitled to Qualified Immunity as to all claims asserted against him individually.

                                DEFENDANT, FERNANDO SPAGNOLO

BY:   /s/ ct05394
       Joseph A. Mengacci
       Federal Bar Number: ct05394
       Office of Corporation Counsel
       235 Grand Street, 3rd Floor
       Waterbury, CT 06702
       Phone: (203) 574-6731
       Fax: (203) 574-8340
       jmengacci@waterburyct.org

**CERTIFICATE OF SERVICE**

     I hereby certify that on the above date a copy of the foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

BY:   /s/ ct05394
       Joseph A. Mengacci

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\CCDL, et al v. Thody, Dominguez, Garcia, Spagnolo L21-025\PLEADINGS\MTD\Our MTD.doc