UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON<br>Plaintiffs, | : : : : : : | CIV. NO.3:21-cv-01156(OAW) |
| vs. | : : | |
| JASON THODY, RENEE DOMINGUEZ, REBECCA GARCIA, and FERNANDO SPAGNOLO,<br>    Defendants. | : : : | MARCH 8, 2022 |

## NOTICE

Pursuant to the colloquy that occurred on the record during the March 3, 2022 status conference, Hartford Police Chief Jason Thody and New Haven Police Chief Renee Dominguez respectfully inform the Court that they have no objection to Judge Williams presiding over this matter.

        DEFENDANTS, JASON THODY and
        RENEE DOMINGUEZ

    BY<u>/ss/ James N. Tallberg</u>
        James N. Tallberg
        Federal Bar No.: ct17849
        Patrick D. Allen
        Federal Bar No.: ct28403
        Karsten & Tallberg, LLC
        500 Enterprise Dr., Suite 4B
        Rocky Hill, CT 06067
        T: (860)233-5600
        F: (860)233-5800
        <u>jtallberg@kt-lawfirm.com</u>

## **CERTIFICATION**

I hereby certify that on March 8, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                         /ss/ James N. Tallberg
                                                         James N. Tallberg