UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON<br><br>Plaintiffs,<br><br>v.<br><br>JASON THODY, RENEE DOMINGUEZ, REBECA GARCIA, and FERNANDO SPAGNOLO,<br><br>Defendants. | **CIV. NO.3:21-cv-01156(OAW)**<br><br><br><br>MARCH 10, 2022 |

## PLAINTIFFS' CONSENT TO CHIEF GARCIA'S MOTION TO SEVER

The Plaintiffs in this action respectfully consent to the severance of the claims against Defendant Chief Rebeca Garcia into a separate action, and ask the Court to establish a separate case with a separate docket number under the caption: CONNECTICUT CITIZENS DEFENSE LEAGUE, INC. and ANNE CORDERO, plaintiffs, v. REBECA GARCIA, defendant. In support of this filing, the Plaintiffs state as follows:

This action was filed by institutional plaintiff Connecticut Citizens Defense League, Inc. ("CCDL") and individual plaintiffs Orel Johnson, Shaquanna Williams, Anne Cordero, and Jamie Eason, against four defendant police Chiefs, Jason Thody, Renee Dominguez, Rebeca Garcia, and Fernando Spagnolo. CCDL brings claims against each of the Defendants on behalf of itself and its members. Each individual Plaintiff

1

brings claims on behalf of him/her self against one of the Defendants.

On November 2, 2021, Chief Garcia moved this Court, pursuant to Fed. R. Civ. P. 20, to sever the claims against her into a separate action. Doc. # 23. To avoid unnecessary motion practice, and to more quickly get to the material substance of the Plaintiffs' claims, the Plaintiffs hereby consent to Chief Garcia's Motion to Sever, and ask the Court to establish a new docket number for the separate case of CONNECTICUT CITIZENS DEFENSE LEAGUE, INC. and ANNE CORDERO, plaintiffs, v. REBECA GARCIA, defendant, and to reset the pleading clock to allow the plaintiffs in that new action to file a new Complaint directed only to Chief Garcia.

Dated: MARCH 10, 2022

Respectfully submitted,

Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

    /s/ Doug Dubitsky
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808-8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

*Attorneys for the Plaintiffs*

## **CERTIFICATION**

      I hereby certify that this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                          */s/ Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808-8601
Facsimile: 866.477.1120
Email: doug@lawyer.com