UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON | : : : : : | Civil Action No.: 3:21-cv-01156 (JAM) |
| PLAINTIFFS | : : | |
| v. | : : | |
| JASON THODY, RENEE DOMINGUEZ, REBECCA GARCIA, and FERNANDO SPAGNOLO, | : : : | |
| DEFENDANTS | : | March 11, 2022 |

DEFENDANT'S PARTIAL OBJECTION TO PLAINTIFF'S CONSENT TO CHIEF

GARCIA'S MOTION TO SEVER

The Defendant, Chief Rebeca Garcia, hereby respectfully objects to Plaintiffs' consent to her Motion to Sever (Doc # 23) to the extent that Defendants seek to "reset the pleading clock to allow the Plaintiffs in that new action to file a new Complaint directed only to Chief Garcia." Since the filing of this action, Defendant Chief Garcia filed two motions to Dismiss (Doc.#24 and Doc. #40) on November 2, 2021and December 21, 2021 respectively. There is no need to "reset the pleading clock" causing unnecessary delay in the progression of the case.

THE DEFENDANT

REBECA GARCIA

By: /s/ Richard G. Kascak, Jr., Esq
Richard G. Kascak, Jr. Esq.
Associate City Attorney
999 Broad Street—2nd Floor
Bridgeport, CT  06604
Tel: (203) 576-7647
Fed. Bar # ct07820
Richard.Kascak@bridgeportct.gov

AND

By: /s/ Raymond J. Rigat, Esq.
Raymond J. Rigat
The Rigat Law Firm
23 East Main Street
Clinton, CT 06413
Tel: (860) 664 – 5951
Fed. Bar #13320
Raymondjrigat@gmail.com

**CERTIFICATE OF SERVICE**

      This is to certify that on this 11th day of March 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard G. Kascak, Jr., Esq.
Ricard G. Kascak, Jr., Esq.