UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON<br><br>Plaintiffs,<br><br>v.<br><br>JASON THODY, RENEE DOMINGUEZ, REBECA GARCIA, and FERNANDO SPAGNOLO,<br><br>Defendants. | **CIV. NO.3:21-cv-01156(OAW)**<br><br><br><br>APRIL 7, 2022 |

## **PLAINTIFFS' NOTICE OF DISMISSAL AGAINST CHIEF SPAGNOLO**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Local Rule 41(b), the Plaintiffs in this action voluntarily dismiss their claims only as against Defendant Fernando Spagnolo. In support of this filing, the Plaintiffs state as follows:

Under Fed. R. Civ. P. 41(a)(1)(A)(i), a Plaintiff may voluntarily dismiss an action without a Court Order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. To date, Defendant Spagnolo has served neither.

Under Local Rule 41(b):

> When counsel of record report to the Court that a civil action pending on its docket has been settled between the parties, the Clerk shall enter an order closing the case, subject to the parties' right to move to reopen within thirty

1

(30) days, unless a longer period is specified by the Court. Dismissal under this rule shall be without costs.

Plaintiffs and Defendant Spagnolo have agreed that the Plaintiffs will dismiss all claims against Defendant Spagnolo, and that neither party shall be charged, awarded, nor be liable for, any fees, costs or charges whatsoever related to such claims or the dismissal of same.

WHEREFORE: For the foregoing reasons, the Plaintiffs hereby voluntarily dismiss their claims against Defendant Fernando Spagnolo.

Dated: APRIL 7, 2022

        Respectfully submitted,

        Craig C. Fishbein, Esq.
        (ct25142)
        FISHBEIN LAW FIRM, LLC
        100 South Main Street
        P.O. Box 363
        Wallingford, Connecticut 06492
        Telephone: 203.265.2895
        Facsimile: 203.294.1396
        E-mail: ccf@fishbeinlaw.com

        */s/Doug Dubitsky*
        Doug Dubitsky, Esq.
        (ct21558)
        LAW OFFICES OF DOUG DUBITSKY
        P.O. Box 70
        North Windham, CT 06256
        Telephone: 860.808-8601
        Facsimile: 866.477.1120
        Email: doug@lawyer.com

        *Attorneys for the Plaintiffs*

**CERTIFICATION**

I hereby certify that this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              */s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808-8601
Facsimile: 866.477.1120
Email: doug@lawyer.com