UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT CITIZENS DEFENSE LEAGUE, INC., OREL JOHNSON, SHAQUANNA WILLIAMS, ANNE CORDERO, and JAMIE EASON<br><br>Plaintiffs,<br><br>v.<br><br>JASON THODY, RENEE DOMINGUEZ, REBECA GARCIA, and FERNANDO SPAGNOLO,<br><br>Defendants. | **CIV. NO.3:21-cv-01156(OAW)**<br><br><br><br>NOVEMBER 15, 2022 |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16, the Plaintiffs in this action ("Plaintiffs") hereby move this Court for a status conference to discuss the case's current procedural posture, how the U.S. Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) necessarily affects the claims and defenses in this matter, and if the ruling in *Bruen* necessitates amending the pleadings.

**BRIEF STATEMENT OF RELEVANT FACTS**

On August 30, 2021, the Plaintiffs filed the Complaint. (Doc. #1). Service on the Defendants was completed on September 22, 2021.

On November 2, 2021, Defendant Garcia filed a Motion to Dismiss the claims of

1

Plaintiff Connecticut Citizens Defense League, Inc. ("CCDL") and claims brought against Defendant Garcia in her personal capacity. (Doc # 24). On November 3, 2021, Defendants Thody and Dominquez filed an Answer and Affirmative Defenses (Doc # 26) along with a Partial Motion to Dismiss Counts 3, 4, and 5 of the Complaint. (Doc # 27). On December 17, 2021, Defendant Garcia filed a Motion to Dismiss the claims brought by Plaintiff Cordero on the basis of mootness. (Doc. # 40). On January 25, 2022, Defendant Spagnolo filed a Motion to Dismiss the claims of CCDL and Plaintiff Eason. (Doc. # 46). On April 7, 2022, the Plaintiffs voluntarily dismissed their claims against Defendant Spagnolo. (Doc. # 55). On April 29, 2022, the Plaintiffs filed their opposition to each of the pending Motions to Dismiss. (Doc. # 58). On May 13, 2022, Defendants Thody and Dominquez filed their Reply in Support of their Motions to Dismiss. (Doc. # 61).

On June 23, 2022, the U. S. Supreme Court issued its opinion in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), which arguably replaced the standard previously employed by the Second Circuit and other circuits, for deciding cases alleging infringement of rights protected by the Second Amendment to the U. S. Constitution.

Motions to Dismiss by Defendants Thody and Dominquez (Doc. #s 27, 48, & 54), and Motions to Dismiss by Defendant Garcia (Doc. #s 24 & 40) are currently pending before the Court. The Court has not yet heard argument on any of the pending motions.

## PLAINTIFFS SEEK A STATUS CONFERENCE

The Plaintiffs seek a status conference with the Court to determine how best to proceed given the Supreme Court's ruling in *Bruen*, which clarifies, and arguably replaces, the

legal foundation thought to exist in the Second Circuit at the time the Plaintiffs filed their Complaint. Now that the foundation of the Second Circuit's two-part test for adjudicating Second Amendment cases has arguably been replaced by the Supreme Court, it is possible the Plaintiffs will seek to amend their Complaint to reflect the new standard. Perhaps the Plaintiffs will seek other procedural or substantive relief. One way or the other, the standard set forth in *Bruen* affects the arguments made in the Defendants' pending Motions to Dismiss, and the Plaintiffs' opposition to same. For the moment, the Plaintiffs hereby move the Court for a status conference to discuss these and other issues as may please the Court.

Attorney Craig Fishbein, counsel for the Plaintiffs, inquired of Attorneys Raymond Rigat and Richard Kascak, counsel for Defendant Garcia, and Attorney James Tallberg, counsel for Defendants Thody and Dominquez, if they consent to this Motion. Counsel for the Defendants do not consent. As six months have passed since the last substantive filing, and because the Supreme Court issued a landmark decision during that time, which has undoubtedly changed the legal standard under which courts in this circuit decide Second Amendment cases, the Plaintiffs believe a status conference is appropriate at this time.

## **CONCLUSION**

For the foregoing reasons, the Plaintiffs' Motion for Status Conference should be granted.

Dated: November 15, 2022

                                    Respectfully submitted,

                                    */s/Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
Wallingford, Connecticut 06492
Telephone: 203.265.2895
E-mail: ccf@fishbeinlaw.com

                                    */s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.808-8601
Facsimile: 866.477.1120
Email: doug@lawyer.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

  A copy of the foregoing was filed electronically and served by regular U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            */s/Doug Dubitsky*

            Doug Dubitsky, Esq.
            Commissioner of the Superior Court